# United States Court of Appeals
## For the First Circuit

———

No. 04-1217

JUSTIN LEE WHITFIELD; TERRY WHITFIELD; GAIL WHITFIELD,

Plaintiffs, Appellees,

v.

ANIBAL MELÉNDEZ-RIVERA; ISMAEL ÁLVAREZ-MONGE;
MARIA L. LEBRÓN-RAMOS,

Defendants, Appellants,

MUNICIPALITY OF FAJARDO; WILLIAM MANGOMÉ-ROLDÁN

Defendants.

No. 04-1218

JUSTIN LEE WHITFIELD; TERRY WHITFIELD; GAIL WHITFIELD,

Plaintiffs, Appellees,

v.

MUNICIPALITY OF FAJARDO

Defendant, Appellant,

ANIBAL MELÉNDEZ-RIVERA; ISMAEL ÁLVAREZ-MONGE;
MARIA L. LEBRÓN-RAMOS; WILLIAM MANGOMÉ-ROLDÁN

Defendants.

No. 04-1219

JUSTIN LEE WHITFIELD; TERRY WHITFIELD; GAIL WHITFIELD,

Plaintiffs, Appellees,

v.

MUNICIPALITY OF FAJARDO; ANIBAL MELÉNDEZ-RIVERA;
ISMAEL ÁLVAREZ-MONGE; MARIA L. LEBRÓN-RAMOS

Defendants,

WILLIAM MANGOMÉ-ROLDÁN,

Defendant, Appellant.

———

**ERRATA SHEET**

The opinion of this court issued December 6, 2005, should be amended as follows:

On page 3, lines 13 and 14, after "reverse in part," insert "vacate in part,"

On page 15, line 9 replace "noncancerous" with "nondangerous"

On page 40, line 3, replace "**vacate**" with "**reverse**"

On page 40, line 4, replace "**vacate**" with "**reverse**"